## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2314 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 66 DB 2016 |
| | : | |
| | : | Attorney Registration No. 67050 |
| v. | : | |
| | : | (Montgomery County) |
| RICKI GOODSTEIN | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of November, 2016, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Ricki Goodstein is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. She shall comply with all the provisions of Pa.R.D.E. 217.